**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PELOTON INTERACTIVE, INC., | |
| Plaintiff, | Civil Action No.:  2:19-CV-00317-JRG-RSP |
| v. | |
| FLYWHEEL SPORTS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

**NOTICE OF SETTLEMENT**

Plaintiff Peloton Interactive, Inc. ("Peloton"), by and through its lead counsel Steven N. Feldman of Hueston Hennigan LLP, respectfully informs the Court that Peloton and Defendant Flywheel Sports, Inc. ("Flywheel") have reached an agreement to finally and fully settle Peloton's claims against Flywheel and Peloton will therefore immediately file a Joint Stipulated Motion to Dismiss.

In connection with this settlement, Flywheel, for itself and on its own volition, also makes the representations attached hereto in **Exhibit A**.

DATED:  February 3, 2020

HUESTON HENNIGAN LLP

By:  */s/ Steven N. Feldman*
Steven N. Feldman, Lead Attorney (CA SBN 281405)
sfeldman@hueston.com
Los Angeles, CA 90014
Telephone: (213) 788-7272
Facsimile: (888) 775-0898

Douglas J. Dixon (CA SBN 275389)
ddixon@hueston.com
Christina V. Rayburn (CA SBN 255467)
crayburn@hueston.com
Neil Anderson (CA SBN 307668)
nanderson@hueston.com

Karen Younkins (CA SBN 305070)
kyounkins@hueston.com
Maxwell Coll (CA SBN 312651)
mcoll@hueston.com

Melissa Smith (Texas Bar No. 24001351)
Gillam & Smith LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Plaintiff Peloton Interactive, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served electronically on all counsel of record via email on February 3, 2020.

*/s/ Melissa R. Smith*
Melissa R. Smith

# **EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

PELOTON INTERACTIVE, INC.,

        Plaintiff,

v.

FLYWHEEL SPORTS, INC.,

        Defendant.

Civil Action No.: 2:19-CV-00317-JRG-RSP

JURY TRIAL DEMANDED

## DECLARATION OF JEFFREY NAUMOWITZ

I, Jeffrey Naumowitz, declare as follows:

     1.     I am the Chief Financial Officer of Flywheel Sports, Inc. ("Flywheel"), have authority to bind the corporation, and have overseen and helped manage the above-captioned lawsuit on behalf of Flywheel.

     2.     On September 20, 2019, Peloton Interactive, Inc. ("Peloton") filed the Complaint (Dkt. 1) in the above-captioned case asserting patent-infringement claims against Flywheel. Peloton alleged that Flywheel's at-home exercise bike ("Fly Anywhere Bike")[1] infringes certain claims of United States Patent No. 10,022,590 ("the '590 Patent"). On November 25, 2019, Peloton filed an amended complaint (the "First Amended Complaint") (Dkt. 21), alleging that the Fly Anywhere Bike also infringes United States Patent No. 10,486,026 ("the '026 Patent," and collectively, the "Peloton Patents").

     3.     Flywheel now admits that the Peloton Patents are valid and enforceable.

     4.     Flywheel admits that Flywheel's Fly Anywhere Bike and associated services infringe the Peloton Patents as alleged by Peloton in the First Amended Complaint; that Flywheel

---

[1] Flywheel's "Fly Anywhere Bike" has also been known as the "Flywheel Home Bike," and the "Fly On Demand Bike," among other names, at other points in time.

copied elements of the Peloton bike in developing its Fly Anywhere Bike; and that, to the best of Flywheel's knowledge, Peloton's "at home" / "remote streaming" patented leaderboard technology was not created or invented by Flywheel.

5.      As such, and as part of the settlement resolving this dispute, Flywheel agrees that within 60 days it will stop infringing Peloton's patented technology.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of January, 2020, in New York, New York.

Jeffrey Naumowitz
Chief Financial Officer
On behalf of Flywheel Sports, Inc.

2